[No. 26568-1-II.   Division Two.   November 21, 2001.]

EVA REAVES, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-05444-5, Kitty-Ann van Doorninck, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[Nos. 44273-2-I; 44371-2-I.   Division One.   November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN JAMES KRIER, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 98-1-05817-6 and 98-1-02499-9, Patricia H. Aitken, J., entered February 22, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45097-2-I.   Division One.   November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. H.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-01031-2, Marsha J. Pechman, J., entered July 16, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45132-4-I.   Division One.   November 26, 2001.]

*In the Matter of the Personal Restraint of* BRIAN KEITH RONQUILLO, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kennedy, J., concurred in by Cox and Ellington, JJ.